Fill in this information to identify the case:

United States Bankruptcy Court for the:
Northern District of Texas

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Stillwater Abbott Development, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  3 7 – 1 7 5 5 6 8 0

**4. Debtor's address**

**Principal place of business**

4145 Travis Street, STE 300
Number    Street

Dallas, TX 75204
City    State    ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

Number    Street

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  Stillwater Abbott Development, LLC                                         Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>__ __ __ __ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☑ Chapter 7<br>❏ Chapter 9<br>❏ Chapter 11. *Check **all** that apply:*<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes. District _____ When _____ Case number _____<br>                                   MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                                   MM / DD / YYYY<br>      Case number, if known _____ |

Debtor   Stillwater Abbott Development, LLC   Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                          Number   Street<br>_____<br>_____ _____ _____<br>City                                         State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  Stillwater Abbott Development, LLC                              Case number *(if known)* _____
     Name

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/11/2024
               MM/ DD/ YYYY

X  /s/ Robert C. Elliott                                                  Robert C. Elliott
Signature of authorized representative of debtor                          Printed name

    Manager of Stillwater Capital Investments, LLC,
    Manager of Stillwater Abbott Management, LLC,
Title                  Manager

**18. Signature of attorney**

X     /s/ Robert T DeMarco                         Date  01/11/2024
Signature of attorney for debtor                         MM/ DD/ YYYY

Robert T DeMarco
Printed name

DeMarco Mitchell, PLLC
Firm name

500 N. Central Expressway Suite 500
Number     Street

Plano                                                              TX           75074
City                                                              State        ZIP Code

(972) 578-1400                                    robert@demarcomitchell.com
Contact phone                                     Email address

24014543                                          TX
Bar number                                        State

| | |
|---|---|
| **THE STATE OF TEXAS** | **CERTIFICATE OF RESOLUTION** |
| **COUNTY OF DALLAS** | |

BEFORE ME, the undersigned authority, on this day personally appeared **Robert C. Elliott**, known to me, who, did state that he was the duly elected and authorized president of **Stillwater Capital Investment, LLC**, the Managing Member of **Stillwater Abbott Management, LLC**, the Managing Member of **Stillwater Abbott Development, LLC** (the "**Company**"), and that the following resolution was adopted by **the Company**, on **January 11, 2024**, as it relates to the Company:

> BE IT RESOLVED:  That in the judgment of **Robert C. Elliott**, president of **Stillwater Capital Investment, LLC**, it is desirable and for the best interests of the Company, its creditors, and other interested parties, that a petition be filed by the Company under the provisions of Chapter 7 of the United States Bankruptcy Code; and
>
> BE IT FURTHER RESOLVED:  That the Company be and hereby is authorized and directed to take whatever action is necessary, specifically including, but not by way of limitation, the authority to enter into and execute any and all instruments or agreements necessary to secure for the Company the relief accorded under Chapter 7 of the United States Bankruptcy Code; the sole and full discretion concerning the time of filing of these bankruptcy proceedings to be left to the sole discretion of **Robert C. Elliott**, president of **Stillwater Capital Investment, LLC.**
>
> BE IT FURTHER RESOLVED:  That **DeMarco•Mitchell, PLLC**, of Plano, Texas, shall be retained as attorneys for the Company, for the purpose of instituting such proceedings under the Bankruptcy Code and performing such services as counsel for the Company as the Company may deem appropriate in connection with the subject bankruptcy filing.

    **By:**    Stillwater Abbott Development, LLC, a Texas limited liability company, its Manager

        **By:**    Stillwater Abbott Management, LLC, a Texas limited liability company, its Manager

            **By:**    Stillwater Capital Investments, LLC, a Texas limited liability company, its President

                  **By:** _/s/ Robert C. Elliott_
                        Robert C. Elliott, Manager

**THE STATE OF TEXAS**

**COUNTY OF DALLAS**

BEFORE ME, the undersigned, a Notary Public in and for said State, on this day personally appeared **Robert C. Elliott**, president of **Stillwater Capital Investment, LLC**, the Managing Member of **Stillwater Abbott Management, LLC**, the Managing Member of **Stillwater Abbott Development, LLC**, known to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of said Corporation, and that he executed the same as the act of such Corporation for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this **11th day of January 2024**.

_____
Notary Public in and for
The State of Texas

GLORIA D. BENJAMIN
My Notary ID # 130466958
Expires July 9, 2024

**Fill in this information to identify the case:**

Debtor name _____Stillwater Abbott Development, LLC_____

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors                                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  __Petition & Creditor Matrix__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __01/11/2024__
              MM/ DD/ YYYY

X  __/s/ Robert C. Elliott_____
Signature of individual signing on behalf of debtor

__Robert C. Elliott__
Printed name

Manager of Stillwater Capital Investments, LLC, Manager of Stillwater Abbott Management, LLC, Manager
Position or relationship to debtor

Official Form B202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Aldo Figueroa
25803 Emerald Terrace Way
Spring, TX 77389

Allen Adams
5600 Plantation Circle
Plano, TX 75093

B. Terrell Limited Partnership
6404 Southridge Parkway
Allen, TX 75002

Baumann Family, LP
3109 Knox St. #316
Dallas, TX 75205

Bee Cave Capital, LLC
124 Aidan's Ct
Coppell, TX 75019

Ben Logan
4346 Shirley Drive Dallas
Dallas, TX 75229

Boog-Scott Family Limited Partnership
3804 Cantera Lane
Richardson, TX 75082

Brian Casey
200 Crescent Court
Dallas, TX 75201

Browning Family Trust
3502 Caruth Blvd
Dallas, TX 75225

Clarkenn Investments, Ltd.
4144 N. Central Expy. Suite 600
Dallas, TX 75204

Dallas County Tax-Assessor Collector
500 Elm Street
Dallas, TX 75202

David Michel
4755 Chapel Hill
Dallas, TX 75214

Donald C. Michel
4833 W. Lawther Dr, #400
Dallas, TX 75214

Ed Montngomery
1901 Windmill Hill Lane
Desoto, TX 75115

Eton Capital, LLC
5913 Fairchild Ct
Plano, TX 75093

Fatima, LLC
7139 Hillgreen Drive
Dallas, TX 75214

Fred Balda
6023 Waggoner
Dallas, TX 75230

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Joe Ballew
6908 Sugartree Lane
Frisco, TX 75034

JVI Ventures, LLC
29 Kildonan
Richardson, TX 75082

KB Capital Partners, LP
4344 Beverly Dr
Dallas, TX 75205

Ken Burroughs
4344 Beverly Dr
Dallas, TX 75205

Kent Skipper
4502 Abbott Ave #104
Dallas, TX 75205

King Family, LP
2724 Chambers Ln
Plano, TX 75093

Mondera Condominiums Association, Inc.
c/o Fred Wilshusen
12222 Merrit Drive, 1450
Dallas, TX 75251

Nethery Family, LP
14 Glenshire Court
Dallas, TX 75225

Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

PMC 401K Victor J. Ramon
4024 Bryn Mawr
Dallas, TX 75225

Shimer Capital, LP
7436 Glenshannon Circle
Dallas, TX 75225

SNFT1, LLC
3225 Amherst
Dallas, TX 75225

Stillwater Abbott Management, LLC
4145 Travis Street, Suite 300
75204

Stillwater Capital Investments, LLC
4145 Travis Street, Suite 300
Dallas, TX 75204

TAM Real Estate Holdings, LLC
2500 Dallas Pkwy., Suite 300
Plano, TX 75093

Texas Attorney General's Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

The Lisa E. Goncalves Irrevocable 2014 Trust
5833 Woodland Dr
Dallas, TX 75225

Tom Gaunt
4815 Abbott Ave
Dallas, TX 75205

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Stillwater Abbott Development, LLC**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____01/11/2024_____　Signature _____/s/ Robert C. Elliott_____

　　　　　　　　　　Robert C. Elliott, Manager of Stillwater Capital Investments, LLC, Manager of
　　　　　　　　　　　　　　　Stillwater Abbott Management, LLC, Manager